JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL SOTO, | Case No.: 2:21-cv-05875 PA (MAAx) |
| Plaintiff, | **ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION** |
| vs. | |
| GLOBAL DENA 626 LLC; and DOES 1 to 10, | |
| Defendants. | |

ORDER

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without Prejudice.

SO ORDERED.

DATED: November 15, 2021      _____
                                            Percy Anderson
                                            United States District Judge